UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| JEREMY JAMES COPPAGE, | Civil No. 13-1901 (SRN/AJB) |
| Petitioner, | |
| v. | **ORDER** |
| STEVE HAMMER, | |
| Respondent. | |

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated July 29, 2013, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is **DENIED**;

2. Petitioner's application to proceed in forma pauperis, (Docket No. 3), is **DENIED**;

3. This action is **DISMISSED WITH PREJUDICE**; and

4. Petitioner will **NOT** be granted a Certificate of Appealability.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 29, 2013

 s/Susan Richard Nelson
Susan Richard Nelson
United States District Court Judge